UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---------------------------------------------------------------X
**JOHN DOE,**     :     Civil Action No. 3:22-cv-03283
                  :
        **Plaintiff,**    :
                  :     **NOTICE OF MOTION**
v.                :     **FOR RECONSIDERATION**
                  :
**THE COLLEGE OF NEW JERSEY,**    :
**and KATHRYN FOSTER,**           :
                  :
        **Defendants.**   :
---------------------------------------------------------------X

**PLEASE TAKE NOTICE** that, upon the enclosed Memorandum of Law, and upon all prior pleadings and proceedings heretofore had in this matter, and upon the reply papers, if any, filed in further support of this motion, and upon the oral arguments of counsel (if such are heard), Plaintiff John Doe, by and through his counsel, Nesenoff and Miltenberg, LLP, shall move this Court, before the Honorable Lois H. Goodman, United States Magistrate Judge, on **January __, 2023**, or upon such alternative date as designated by the Court, for an order:

    1.    Granting Reconsideration of the Court's December 23, 2022 Order denying Plaintiff's Motion to Proceed by Pseudonym, and

    2.    Allowing Plaintiff to proceed in this matter by pseudonym, and

    3.    Staying the portion of the Court's Order dated December 23, 2022, requiring by January 13, 2023, Plaintiff file an Amended Complaint with his true name.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule 7.1(d)(3), Plaintiff hereby requests leave to file a reply in further support of his motion, if the motion is opposed.

1

**PLEASE TAKE FURTHER NOTICE** that Plaintiff hereby requests oral argument if the motion is opposed.

**Dated:** **New York, New York**
**January 6, 2023**

        **NESENOFF & MILTENBERG, LLP**

       By: /s/ Diana Warshow
        Diana R. Warshow, Esq. (DZ-8280)
        363 Seventh Avenue, Fifth Floor
        New York, New York 10001
        (212) 736-4500
        dwarshow@nmllplaw.com