UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **JOHN DOE,** : | |
| : | **Civil Action No: 22-cv-03283** |
| **Plaintiff,** : | |
| : | |
| -against- : | |
| : | |
| **THE COLLEGE OF NEW JERSEY,** : | |
| : | |
| **Defendant.** : | |

NOTICE OF APPEAL TO THE
U.S. COURT OF APPEALS FOR THE THIRD CIRCUIT

 Notice is hereby given that Plaintiff John Doe, hereby appeals to the United States Court of Appeals for the Third Circuit from this Court's March 31, 2023, Electronic Order (Dkt. 24) denying Plaintiff John Doe's Motion for Reconsideration of this Court's December 23, 2022 Order denying his Motion to Proceed Under Pseudonym. Plaintiff files this Notice for Interlocutory Appeal pursuant to the collateral order doctrine. *Doe v. Coll. of New Jersey,* 997 F.3d 489, 494 (3d Cir. 2021).

 By this interlocutory appeal, Plaintiff requests that this court reverse the circuit court's order of March 31, 2023, and grant Plaintiff's Motion to Proceed Under Pseudonym.

Respectfully submitted on this 10th day of April, 2023.

**Respectfully submitted,**

**Nesenoff & Miltenberg LLP**
**By: /s/ *Diana R. Warshow***
**Diana R. Warshow, Esq.**
**Andrew T. Miltenberg, Esq. (pro hac vice forthcoming)**
**Stuart Bernstein, Esq. (pro hac vice forthcoming)**
**Kristen Mohr, Esq. (pro hac vice forthcoming)**
**363 Seventh Avenue, Fifth Floor**
**New York, New York 10001**
**(212) 736-4500**
dwarshow@nmllplaw.com
amiltenberg@nmllplaw.com
sbernstein@nmllplaw.com
kmohr@nmllplaw.com

## CERTIFICATE OF SERVICE

  This document was served electronically upon all counsel of record by filing through the ECF system on April 10, 2023.

                ***/s/ Diana Warshow***
                Diana R. Warshow, Esq.